UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NAYEM ULLAH,

Petitioner,

v.

CHRISTOPHER LAROSE,

Respondent.

Case No.: 26-cv-4093-RSH-VET

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On July 16, 2026, Petitioner Nayem Ullah filed a petition for writ of habeas corpus (the "Petition"). ECF No. 1. On October 22, 2026, in response to a request for supplemental briefing by the Court, the Government conceded that Petitioner is subject to 8 U.S.C. § 1226(a) and indicated that it does not oppose an order from this Court directing the Government to hold a bond hearing under that statute. ECF No. 11 at 2–3.

//

//

//

//

//

//

In light of the Government's non-opposition, the Petition is **GRANTED** as follows. The Government is directed to hold a bond hearing pursuant to 8 U.S.C. § 1226(a) for petitioner Nayem Ullah ***within seven (7) days of the date of this order***, or such later date as may be requested by Petitioner. The Court declines to order Petitioner's immediate release on the grounds that the Petition does not establish a basis for that relief. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED.**

Dated: October 22, 2026

Robert S Huie

Hon. Robert S. Huie
United States District Judge